# ELECTRONIC RECORD

1346-14

COA # 01-13-00168-CR    OFFENSE: 22.021 (Agg Sex w/ Child)

STYLE: Carl Edmond Yancy v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM    TRIAL COURT: 178th District Court

DATE: 07/24/2014    Publish: NO    TC CASE #: 1239111

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Carl Edmond Yancy v. The State of Texas    CCA #: 1346-14

___PRO SE___ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

___REFUSED___    JUDGE: _____

DATE: 02/11/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**